Harold Lewis PEEK, Jr., Petitioner-Appellant,

v.

UNITED STATES of America et al., Respondents-Appellees.

No. 25044.

United States Court of Appeals, Ninth Circuit.

March 19, 1971.

Rehearing Denied April 16, 1971.

Harold Lewis Peek, in pro. per.

Stan Pitkin, U. S. Atty., Charles W. Billinghurst, Asst. U. S. Atty., Tacoma, Wash., for appellees.

Before BROWNING and TRASK, Circuit Judges, and PREGERSON *, District Judge.

PER CURIAM:

The district court dismissed petitioner's motion under 28 U.S.C. § 2255 on the ground that the contentions it raised had been determined adversely to petitioner on his prior motions. *See* Sanders v. United States, 373 U.S. 1, 83 S.Ct. 1068,

* Honorable Harry Pregerson, United States District Judge for the Central District of California, sitting by designation.

10 L.Ed.2d 148 (1963); Gomez v. United States, 396 F.2d 323 (9th Cir. 1968). Petitioner has failed to demonstrate that the district court erred.

Affirmed.